# **<u>EXHIBIT B</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN J. LYNGAAS, D.D.S., P.L.L.C., individually and on behalf of all others similarly-situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 20-2370 |
| v. | ) ) ) | Hon. Nitza I. Quiñones Alejandro |
| IQVIA, INC., | ) ) ) | PUTATIVE CLASS ACTION |
| Defendant. | ) ) | |

<u>DECLARATION OF MOLLY E. STEMPER</u>

I, Molly Stemper, declare as follows:

1.     I am an attorney admitted to practice before this Court. I am a litigation associate at the law firm of Bock Hatch & Oppenheim, LLC, and have appeared in this case as counsel for plaintiff Brian J. Lyngaas, D.D.S., P.L.L.C., ("Plaintiff"). I have personal knowledge of the matters stated in this declaration. I can and will testify competently about the following if called upon to do so.

2.     In this TCPA junk fax litigation, Jordan Ferguson was identified as one of Defendant's employees involved with the transmission of faxes at issue. He was deposed in this matter on September 1, 2021.

3.     On March 23, 2022, at 10:04 p.m. ET, I and others received an email from Tiffany Cheung, defense counsel in this matter, advising:

> Jordan Ferguson is no longer employed by IQVIA. Following that decision, Mr. Ferguson informed IQVIA that he would not stand by his deposition testimony, and therefore IQVIA will not be relying on his testimony to support IQVIA's defenses in this action.

<u>Exhibit 1</u>.

4.     On March 24, 2022, at 2:59 p.m. ET, my colleague Jonathan B. Piper

responded to defense counsel's March 23 email with the following follow up questions:

> (1)     Does IQVIA object to our communicating with Mr. Ferguson?
>
> (2)     We would request any documentation (or privilege log) concerning his informing IQVIA that he "would not stand by his deposition testimony," and can serve a formal request for that, but wonder how long it will take to provide that documentation given the upcoming discovery cutoff.
>
> (3)     Will you agree to leave discovery open for the purpose of obtaining that documentation and resuming his deposition once the documents are provided.

<u>Exhibit 2</u>.

5.     On March 24, 2022, between 10:10 p.m. and 10:22 p.m., I visited Jordan

Ferguson's public LinkedIn profile and recorded the following screenshot.



6.     A full, screenshotted copy of Mr. Ferguson's LinkedIn profile as it

appeared at 10:22 p.m. on March 24, 2022, is attached hereto as <u>Exhibit 3</u>.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: March 15, 2022                    /s/ *Molly E. Stemper*
                                         Molly E. Stemper

# EXHIBIT 1

**Molly Stemper**

| | |
|---|---|
| **From:** | Cheung, Tiffany <TCheung@mofo.com> |
| **Sent:** | Wednesday, March 23, 2022 9:04 PM |
| **To:** | Jon Piper; Molly Stemper |
| **Cc:** | Edward Eberspacher (teberspacher@meyerlex.com); Lau, Bonnie; Framroze, Camille |
| **Subject:** | Lyngaas v. IQVIA |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jon and Molly,

We write to advise that Jordan Ferguson is no longer employed by IQVIA.  Following that decision, Mr. Ferguson informed IQVIA that he would not stand by his deposition testimony, and therefore IQVIA will not be relying on his testimony to support IQVIA's defenses in this action.

**TIFFANY CHEUNG**
Partner | Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
**P:** +1 (415) 268-6848
mofo.com | LinkedIn | Twitter

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

# EXHIBIT 2

**Molly Stemper**

| | |
|---|---|
| **From:** | Jon Piper |
| **Sent:** | Thursday, March 24, 2022 2:59 PM |
| **To:** | Cheung, Tiffany; Molly Stemper |
| **Cc:** | Edward Eberspacher (teberspacher@meyerlex.com); Lau, Bonnie; Framroze, Camille; Phil Bock; rshenkan@shenkanlaw.com |
| **Subject:** | Re: Lyngaas v. IQVIA |

Tiffany -

Thank you for the update on Mr. Ferguson. Some follow up questions:

1. Does IQVIA object to our communicating with Mr. Ferguson?
2. We would request any documentation (or privilege log) concerning his informing IQVIA that he "would not stand by his deposition testimony," and can serve a formal request for that, but wonder how long it will take to provide that documentation given the upcoming discovery cutoff.
3. Will you agree to leave discovery open for the purpose of obtaining that documentation and resuming his deposition once the documents are provided.

---

**From:** Cheung, Tiffany <TCheung@mofo.com>
**Sent:** Wednesday, March 23, 2022 10:04 PM
**To:** Jon Piper <Jonathan@classlawyers.com>; Molly Stemper <molly@classlawyers.com>
**Cc:** Edward Eberspacher (teberspacher@meyerlex.com) <teberspacher@meyerlex.com>; Lau, Bonnie <BLau@mofo.com>; Framroze, Camille <CFramroze@mofo.com>
**Subject:** Lyngaas v. IQVIA

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jon and Molly,

We write to advise that Jordan Ferguson is no longer employed by IQVIA.  Following that decision, Mr. Ferguson informed IQVIA that he would not stand by his deposition testimony, and therefore IQVIA will not be relying on his testimony to support IQVIA's defenses in this action.

**TIFFANY CHEUNG**
Partner | Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
**P:** +1 (415) 268-6848
mofo.com | LinkedIn | Twitter

=======================================================================

1

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

# EXHIBIT 3

Screenshots taken between 10:10 and 10:22 PM on March 24, 2022



Screenshots taken between 10:10 and 10:22 PM on March 24, 2022



**Jordan Ferguson**
Sr Datbase Analyst at ImpactRx

← **Skills**

**All**    Industry Knowledge    Interpersonal Skills

**Pharmaceutical Industry** · 11
Linda Collins has given an endorsement for this skill

**Market Research** · 8
Endorsed by 3 colleagues at ImpactRx

**Data Analysis** · 6
Endorsed by Leslie McCoy who is highly skilled at this
Endorsed by 2 colleagues at ImpactRx

**Analytics** · 6

**Competitive Intelligence** · 5

**Market Analysis** · 2

**Lifesciences** · 2

**Sales Effectiveness** · 2

**Marketing Strategy** · 2

**Segmentation** · 2

**Competitive Analysis** · 2

**Oncology** · 1

**Project Management** · 1

**Strategy** · 1

**Business Intelligence** · 1

Screenshots taken between 10:10 and 10:22 PM on March 24, 2022



**Jordan Ferguson**
Sr Datbase Analyst at ImpactRx

Analytics · 6

Competitive Intelligence · 5

Market Analysis · 2

Lifesciences · 2

Sales Effectiveness · 2

Marketing Strategy · 2

Segmentation · 2

Competitive Analysis · 2

Oncology · 1

Project Management · 1

Strategy · 1

Business Intelligence · 1

Cross-functional Team Leadership

Marketing Research

Management

Product Launch

**Linked in**

| | | | |
|---|---|---|---|
| About | Accessibility | Talent Solutions | **Questions?** Visit our Help Center. |
| Community Guidelines | Careers | Marketing Solutions | |
| Privacy & Terms ⌄ | Ad Choices | Advertising | **Manage your account and privacy** Go to your Settings. |
| Sales Solutions | Mobile | Small Business | |
| Safety Center | | | |

LinkedIn Corporation © 2022

Screenshots taken between 10:10 and 10:22 PM on March 24, 2022



**Jordan Ferguson**
Sr Datbase Analyst at ImpactRx

## Skills

**Pharmaceutical Industry** · 11

Linda Collins has given an endorsement for this skill

**Market Research** · 8

Endorsed by 3 colleagues at ImpactRx

**Data Analysis** · 6

Endorsed by Leslie McCoy who is highly skilled at this

Endorsed by 2 colleagues at ImpactRx

Show all 19 skills →

## Recommendations

Received    **Given**

**Christina Bergin** · 3rd

"It is 'where we are' that should make all the difference, whether we believe we belong there or not." Chang-Rae Lee

September 25, 2013, Jordan worked with Christina but on different teams

Christina Bergin exceled in her position as Administrative Manager at ImpactRx.

## Interests

**Influencers**    Companies    Groups    Schools

**Daymond John** in · 3rd
CEO of FUBU and The Shark Group, TV Personality on ABC Shark Tank, Public Speaker
2,496,072 followers

＋ Follow

**Mark Cuban** in · 3rd
President
7,399,735 followers

＋ Follow

Show all 5 influencers →

Screenshots taken between 10:10 and 10:22 PM on March 24, 2022



**Jordan Ferguson**
Sr Datbase Analyst at ImpactRx

Screenshots taken between 10:10 and 10:22 PM on March 24, 2022



Screenshots taken between 10:10 and 10:22 PM on March 24, 2022



Screenshots taken between 10:10 and 10:22 PM on March 24, 2022



Screenshots taken between 10:10 and 10:22 PM on March 24, 2022



Screenshots taken between 10:10 and 10:22 PM on March 24, 2022



Screenshots taken between 10:10 and 10:22 PM on March 24, 2022



**Jordan Ferguson**
Sr Datbase Analyst at ImpactRx

## Skills

**Pharmaceutical Industry** · 11
Linda Collins has given an endorsement for this skill

**Market Research** · 8
Endorsed by 3 colleagues at ImpactRx

**Data Analysis** · 6
Endorsed by Leslie McCoy who is highly skilled at this

Endorsed by 2 colleagues at ImpactRx

Show all 19 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that Jordan receives will appear here.

## Interests

Influencers    Companies    Groups    **Schools**

**Sacred Heart University**
56,038 followers

+ Follow