IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN J. LYNGAAS, D.D.S., P.L.L.C., individually and on behalf of all others similarly-situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>IQVIA, INC.,<br><br>　　　　　　　　　Defendant. | Civil Action No. 20-2370<br><br>Hon. Nitza I. Quiñones Alejandro<br><br>PUTATIVE CLASS ACTION |

## DECLARATION

　　Jonathan B. Piper, who is an attorney of record for Plaintiff in this matter, hereby declares under penalty of perjury under the laws of the United States that the attached is a true and correct copy of linked-in postings of Jordan Ferguson downloaded on June 23, 2022 from the url https://www.linkedin.com/posts/jordan-ferguson-299aa721_i-need-a-lawyer-iqvia-has-been-holding-up-activity-6929879401853538304-_nB0.

　　　　　　　　　　　　　　By: /s/ Jonathan B. Piper

Case 2:20-cv-02370-NIQA   Document 93   Filed 08/04/22   Page 2 of 4

LinkedIn    People ▾    Jordan                    Ferguson                           🔍    Join now  Sign in

### Jordan Ferguson's Post

**Jordan Ferguson**
Sr Datbase Analyst at ImpactRx
1mo

I need a Lawyer. IQVIA has been holding up my unemployment insurance.  So after being abused by Mark Snyder for 3 years.  I am being screwed financially.  I am a whistleblower and they are doing everything in there power to hurt me more than they already have.

👍 Like      💬 Comment      ↗ Share

To view or add a comment, **sign in**

### See other posts by Jordan

**Jordan Ferguson**
Sr Datbase Analyst at ImpactRx
1mo

I was abused by my boss for three years. It has f'd me up pretty bad.  I want my pound of flesh. I was asked to send out a million plus unsolicited faxes unser direction of my boss the truth needs to come out.  I also used client files from the pharmaceutical industry to recruit physicians. Problem is the client files were no longer clients. We should have deleted the list instead greed and desperation to recruit panelist and survey takers was more important then doing the right thing.

👍 Like      💬 Comment      ↗ Share

To view or add a comment, **sign in**

**Jordan Ferguson**
Sr Datbase Analyst at ImpactRx
3mo

What do you do when your questioning if what you did for you boss was ethical. Better yet what do you do when your boss treated you differently for years?

1 Comment

Like    Comment    Share

To view or add a comment, **sign in**

**Jordan Ferguson**
Sr Datbase Analyst at ImpactRx
10mo

This is it do or die need your daily votes. Down to last 3 day only number 1 moves on.

https://lnkd.in/g3Cjzmr

**Vote for Jordan Ferguson to build a bike with Paul Teutul, Sr.**
dreamchopper.com

Like    Comment    Share

To view or add a comment, **sign in**

**Jordan Ferguson**
Sr Datbase Analyst at ImpactRx
10mo

https://www.linkedin.com/posts/jordan-ferguson-299aa721_i-need-a-lawyer-iqvia-has-been-holding-up-activity-6929879401853538304-_nB0                    1/3

Case 2:20-cv-02370-NIQA   Document 93   Filed 08/04/22   Page 3 of 4



Need your daily votes.

https://lnkd.in/gVGdCEU

cdn.dreamchopper.com

Like   Comment   Share

To view or add a comment, sign in

### Jordan Ferguson
Sr Datbase Analyst at ImpactRx
11mo

https://lnkd.in/g3Cjzmr

**Vote for Jordan Ferguson to build a bike with Paul Teutul, Sr.**
dreamchopper.com

1 · 1 Comment

Like   Comment   Share

To view or add a comment, sign in



232 followers

13 Posts · 0 Articles

View Profile    + Follow

© 2022                                        About
Accessibility                                 User Agreement
Privacy Policy                                Cookie Policy
Copyright Policy                              Brand Policy
Guest Controls                                Community Guidelines
Language