# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN J. LYNGAAS, D.D.S., P.L.L.C.** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 20-2370** |
| v. | : | |
| | : | |
| **IQVIA, INC.** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 9th day of July 2024, upon consideration of Plaintiff Brian J. Lyngaas, D.D.S., P.L.L.C.'s *motion for class certification*, (ECF 106, 118), Defendant IQVIA, Inc.'s response in opposition thereto, (ECF 112, 115), Plaintiff's reply, (ECF 125, 127), the evidence and arguments presented at the class certification hearing on February 28, 2024, and the parties' post-hearing briefing, (ECF 158–61), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's motion for class certification is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*