# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN J. LYNGAAS, D.D.S.,** | : | **CIVIL ACTION** |
| **P.L.L.C., individually and behalf of** | : | |
| **all others similarly situated.,** | : | |
| *Plaintiffs,* | : | |
| | : | **NO. 20-2370** |
| **v.** | : | |
| **IQVIA, INC.,** | : | |
| *Defendant.* | : | |

# ORDER

**AND NOW**, this 12th day of December 2025, upon consideration of this Court's February 11, 2025 Order, (ECF 187), which requested the parties to provide supplemental briefing on whether the United States Court of Appeals for the Third Circuit's unpublished decision in the matter of *Steven A. Conner DPM, P.C. v. Fox Rehab. Servs., P.C.*, No. 23-1550, 2025 WL 289230, at *1 (3d Cir. Jan. 24, 2025), had any impact on this Court's decision which denied class certification in this matter, (ECF 162, 163), and the parties' supplemental briefs, (ECF188, 190, 191), the Court herein holds that the *Conner* decision does not alter, modify or change this Court's prior Order dated July 9,. 2024 (ECF 163), and, consequently, **REAFFIRMS** that Plaintiff's motion for class certification is DENIED.

As such, it is **ORDERED** that the stay imposed pending the outcome of the appeal in this matter and in the *Conner* matter, is hereby **LIFTED**. To the extent the parties intend to submit responses to any pending dispositive motion, said responses are to be filed by no later than January 16, 2025.

                                              **BY THE COURT:**

                                              /s/ *Nitza I. Quiñones Alejandro*

                                              **NITZA I. QUIÑONES ALEJANDRO**
                                              *Judge, United States District Court*