# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN J. LYNGAAS, D.D.S., P.L.L.C.** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 20-2370** |
| **v.** | : | |
| | : | |
| **IQVIA, INC.** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 17th day of March 2026, upon consideration of Plaintiff's *second motion to certify class/renewed motion for class certification*, (ECF 196, 200), Defendant's *response in opposition re second motion to certify class*, (ECF 214, 218, 234), and Plaintiff's *reply in support of Plaintiff's renewed motion for class certification*, (ECF 230), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's renewed motion for class certification **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*