# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN J. LYNGAAS, D.D.S.,** | : | CIVIL ACTION |
| **P.L.L.C.,** | : | |
| *Plaintiff,* | : | |
| | : | **NO. 20-2370** |
| **v.** | : | |
| | : | |
| **IQVIA, INC.,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 30th day of March 2026, upon consideration of Defendant IQVIA, Inc.'s.

("Defendant"), *motion for summary judgment*, (ECF 174, 177), Plaintiff Brian J. Lyngaas, D.D.S.,

P.L.L.C.'s, ("Plaintiff"), *motion for summary judgment*, (ECF 176, 180), and the parties'

respective exhibits, responses, and *sur*-replies, (ECF 113, 116, 210, 213, 216, 217, 224, 226, 227,

232, 233), it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum

Opinion, that:

1. Plaintiff's motion for summary judgment is **GRANTED**, insofar as it has established

   Defendant's liability on its TCPA claim.  Accordingly, a separate Judgment Order will

   be entered in Plaintiff's favor against Defendant in the amount of $2,000;

2. Plaintiff's motion for summary judgment is **DENIED** in all other respects, including

   its request that Plaintiff be awarded treble damages and a permanent injunction; and

3. Defendant's motion for summary judgment is **DENIED**.

                              **BY THE COURT:**

                              /s/ *Nitza I. Quiñones Alejandro*
                              **NITZA I. QUIÑONES ALEJANDRO**
                              *Judge, United States District Court*